**Order entered August 8, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01514-CV

## IN THE INTEREST OF K.S.K., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-01231**

## ORDER

We **GRANT** appellee's August 4, 2016 second unopposed motion for an extension of time to file a brief and extend the time to **OCTOBER 7, 2016**. No further extension will be granted absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE